In the Matter of the Petition of Frederick M. Strozzi to Review the Action of William J. Boyer and Another, as Commissioners of Election, etc., of Erie County, in Canvassing, etc., for the Primary Election, etc., for Nomination of Alderman of National Progressive Party, etc.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry Weill, Respondent, v. Frank M. Johnston, Appellant.— Motion granted and appeal dismissed, with costs.

Paul J. Rich, Respondent, v. Alvina M. Thompson, Appellant.— Motion granted and appeal dismissed, with costs.

Leonidas F. Clark, Respondent, v. James A. Clark, Appellant.— Motion granted and appeal dismissed, with costs.

Union Trust Company of Rochester, Respondent, v. Rochester Real Estate and Investment Company and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Margaret E. Cook, Appellant, v. William J. Connors, Respondent.— Motion for leave to appeal to Court of Appeals granted.

Florence Leise, as Administratrix, etc., Respondent, v. Rochester, Syracuse and Eastern Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elmer Reynolds, as Administrator, etc., Respondent, v. The Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ethel May Weed, Respondent, v. The City of Auburn, Appellant.— Judgment and order affirmed, with costs. All concurred.

Szczepan Przytula, as Executor, etc., Appellant, v. Empire State Degree of Honor, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elijah H. Seaman, as Trustee in Bankruptcy of James H. Ticknor, Bankrupt, Respondent, v. George R. Sheldon, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Western New York Water Company, Respondent, v. City of Niagara Falls and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson and Foote, JJ., who dissented.

John De Nyiri, as Administrator, etc., Respondent, v. Wickwire Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jay M. Piper, Respondent, v. The City of Fulton, Appellant.— Judgment affirmed, with costs. All concurred.